# Court of Appeals
# of the State of Georgia

ATLANTA,___March 26, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1208.  HOMER WEDLOWE v. AMERICAN EXPRESS CENTURION BANK.**

American Express Centurion Bank filed a complaint on account and contract against Homer Wedlowe.  After an adverse ruling, Eric Wedlowe, Homer Wedlowe's son and purported attorney in fact, filed a notice of appeal to this Court.  We lack jurisdiction.

Under OCGA § 15-19-51 (a) (1), it is unlawful for any person other than a duly licensed attorney at law to "practice or appear as an attorney at law for any person other than himself in any court of this state or before any judicial body."  While a litigant may represent himself without counsel, he may not be represented by someone unauthorized to practice law.  See *Eckles v. Atlanta Technology Group*, 267 Ga. 801 (485 SE2d 22) (1997). Accordingly, only a duly licensed attorney may file a notice of appeal to this Court on behalf of an individual who does not appear pro se. See *Congress Re-Insurance Corp. v. Archer-Western Contractors*, 226 Ga. App. 829 (487 SE2d 679) (1997).  Nothing in the record suggests that Eric Wedlowe is authorized to practice law in this State.  Accordingly, the notice of appeal he filed on behalf of Homer Wedlowe is null and void.

Moreover, under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less must comply with the discretionary appeal procedures.  Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required. See *Jennings v. Moss*, 253 Ga. App. 357 (509 SE2d 655) (1998).  Thus, even if his notice of appeal was valid, Wedlowe's failure to follow discretionary appeal procedures would deprive this

Court of jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/26/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*